UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sylvester Taylor,

        Plaintiff,

v.

Benjamin Rice, Jr. and Renee Hunter,

        Defendants.

Civil No. 10-4746 (SRN/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. The defendants have stated that they have no objection to the Report and Recommendation.

Based upon the Report and Recommendation, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction, (Docket No. 19), is **DENIED**; and

2. Defendants must file an answer or other procedurally appropriate response to Plaintiff's complaint within twenty (20) days.

Dated: January 25, 2012        s/Susan Richard Nelson
                                            SUSAN RICHARD NELSON
                                            United States District Judge